**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO LEAL SALDANA, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>S. PEERY,<br><br>   Respondent. | Case No.: 1:15-cv-00827 - LJO - JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION<br><br>(Doc. 16)<br><br>DEADLINE: NOVEMBER 16, 2015 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 13, 2015, respondent filed a second motion to extend time to file a response to the petition for writ of habeas corpus.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including November 16, 2015, in which to file a response to the petition for writ of habeas corpus.

**IT IS SO ORDERED**.

Dated:  October 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Thurston,
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge